UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| A.R.,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BATON ROUGE, et al.,<br><br>  Defendants. | Case No. 3:17-cv-00438-EWD |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO DEPOSE
PRISONER GLADUE ISTRE ON MAY 12, 2021**

In accordance with Fed. R. Civ. P. 30(a)(2)(B), Plaintiff A.R. moves this Court to grant her leave to take the deposition of Mr. Gladue Joseph Istre, who is currently detained in the Bossier Maximum Security Facility in Plain Dealing, Louisiana.

In the course of discovery, Plaintiff received a document that suggests Mr. Istre has knowledge of intelligence-gathering efforts by law enforcement agencies during the protests of July 9, 2016, including such efforts aimed at A.R.'s father. Mr. Istre awaits trial in the Twenty-sixth Judicial District Court on unrelated charges and is detained in the Bossier Maximum Security Facility subject to a $1 million bond.

Undersigned counsel contacted Warden Boyer and Sergeant Evans of the Bossier Parish Sheriff's Office and confirmed that BPSO could accommodate a deposition with a court reporter attending via Zoom or other video conferencing method on the afternoon of May 12, 2021. Undersigned counsel have consulted with opposing counsel and confirmed that they would be

able to attend and that they do not oppose this motion. A proposed subpoena is attached as an exhibit to this motion.

For these reasons, A.R. respectfully requests that the Court grant her leave to depose Mr. Istre at the Bossier Maximum Security Facility on May 12, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Gideon T. Carter III* | */s/ James W. Craig* |
| Gideon T. Carter, III, La. Bar No. 14136 | James Craig, La. Bar No. 33687 |
| Co-Lead Counsel | Co-Lead Counsel |
| PO Box 80264 | Roderick & Solange MacArthur Justice Center |
| Baton Rouge LA 70898-0264 | 4400 S. Carrollton Avenue |
| (225) 214-1546 (p) / (225) 341-8874 (f) | New Orleans LA 70119 |
| gideontcarter3d@gmail.com | (504) 620-2259 (p) / (504) 208-3133 (f) |
| | jim.craig@macarthurjustice.org |

| | |
|---|---|
| */s/ Eric A. Foley* | */s/ S. Mandisa Moore-O'Neal* |
| Eric A. Foley, La. Bar No. 34199 | S. Mandisa Moore O'Neal, La. Bar No. 35256 |
| Roderick & Solange MacArthur Justice Center (see above) | 8818 Jeanette Street |
| eric.foley@macarthurjustice.org | New Orleans LA 70118 |
| | (504) 475-8046 (p) |
| | smandisa85@gmail.com |

*/s/ Hannah A. Lommers-Johnson*
Hannah A. Lommers-Johnson
La. Bar No. 34944
Roderick & Solange MacArthur
Justice Center (see above)
hannah.lommersjohnson@macarthurjustice.org

*Counsel for Plaintiff A.R.*